

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-24-00217-CV

---

Charles Mais, Jr., Appellant

v.

Linda Marie Mais, Appellee

---

On Appeal from the County Court at Law No 3
El Paso County, Texas
Trial Court No. 2022DCV3010

---

## **JUDGMENT**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse and render a take-nothing judgment on Linda Marie Mais's intentional infliction of emotional distress claim and modify the judgement to delete the $200,000 awarded to her as actual damages. We affirm the remainder of the final judgment, which awarded

and ordered that legal title to the Property be transferred from Charles Mais, Jr., to Linda Marie Mais through the imposition of a constructive trust.

IT IS SO ORDERED this 8th day of September 2025.


GINA M. PALAFOX, Justice

Before Salas Mendoza C.J., Palafox and Soto, JJ.